# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| A/P HOTEL, LLC, | ) | |
| Plaintiff, | ) | 2:010-cv-0720-RLH-RJJ |
| vs. | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., etc., *et al*., | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on October 25, 2010, December 27, 2010, and February 24, 2011..

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  16th  day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge