Anthony A. Zmaila (NV Bar No. 2319)
Email: tony@aaznevada.com
Peter J. Goatz (NV Bar No. 11577)
Email: Peter@aaznevada.com
Augusta A. Massey (NV Bar No. 11037)
Email: augusta@aaznevada.com
**ANTHONY A. ZMAILA LIMITED PLLC**
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone:     (702) 614-8800
Facsimile:     (702) 614-8700

*Attorneys for Michael L. Forche, Receiver*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| A/P HOTEL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC, a Delaware corporation; WOODLANDS COMMERCIAL BANK, a Utah corporation; and DOES I-X, inclusive,<br><br>Defendant. | Case No. 10-cv-00720-RLH-RJJ<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR (1) CONFIRMATION OF AMENDED APPOINTMENT ORDER, (2) CONFORMANCE OF THE APPOINTMENT ORDER TO LOCAL FEDERAL RULES, AND (3) WAIVING LOCAL RULES 66-5, 66-6, 66-8 AND 66-9** |

This matter came before the Court on the Receiver's Motion for (1) Confirmation of Amended Appointment Order, (2) Conformance of the Appointment Order to Local Federal Rules, and (3) Waiving Local Rules 66-5, 66-6, 66-8 and 66-9. Docket 39. No party opposed the Receiver's Motion. Pursuant to LR-7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

The Court finds the Receiver's Motion otherwise well-taken. Cause appearing,

**IT IS ORDERED:**

(1) The Amended Order Appointing Receiver ("Amended Appointment Order"), entered March 11, 2010 in the District Court, Clark County, Nevada is confirmed as the Order of this Court, except as specifically modified by this Order;

(2) The Amended Appointment Order shall be deemed to conform to local federal *rules* as necessary;

(3) The requirements of LR 66-4, LR 66-6, LR 66-8 are waived; and

(4) The requirements of LR 66-9 as it pertains to duties of a receiver upon initial appointment by a court in an action are waived.

DATED this 1st day of October, 2010.

_____
United States District Judge

**Submitted by**

**ANTHONY A. ZMAILA LIMITED PLLC**

_____
Anthony A. Zmaila (NV Bar No. 2319)
Peter J. Goatz (NV Bar No. 11577)
Augusta A. Massey (NV Bar No. 11037)
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119

*Attorneys for Michael L. Forche, Receiver*

-2-

10029-01/524319-1