# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| A/P HOTEL, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:10-cv-00720-RLH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LEHMAN BROTHERS HOLDINGS, INC., ) | Motion to Stay or Extend Time (#98) |
| *et. al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant/Counterclaimant Lehman Brothers Holdings, Inc.'s Joint Motion to Stay the Case, or in the alternative, to Extend Discovery Deadlines Pending Closing of Settlement (#98), filed March 4, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown.  The parties request that the discovery deadlines be extended by thirty (30) days so that they might properly prepare and file the appropriate settlement documents.  The Court finds there is good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant/Counterclaimant Lehman Brothers Holdings, Inc.'s Joint Motion to Stay the Case, or in the alternative, to Extend Discovery Deadlines Pending Closing of Settlement (#98) is **granted** as follows:

1. Expert Disclosure deadline is extended until **April 4, 2011**;

2. Rebuttal Expert Disclosure deadline is extended until **May 2, 2011**;

. . .

. . .

. . .

. . .

3. Close of Discovery is extended until **May 23, 2011**; and

4. Dispositive Motion Deadline is extended until **June 20, 2011**.

DATED this 9th day of March, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**