Anthony A. Zmaila (NV Bar No. 2319)
Email: tony@aaznevada.com
Peter J. Goatz (NV Bar No. 11577)
Email: Peter@aaznevada.com
Augusta A. Massey (NV Bar No. 11037)
Email: augusta@aaznevada.com
**ANTHONY A. ZMAILA LIMITED PLLC**
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone:   (702) 614-8800
Facsimile:    (702) 614-8700

*Attorneys for Michael L. Forche*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| A/P HOTEL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC, a Delaware corporation; WOODLANDS COMMERCIAL BANK, a Utah corporation; and DOES I-X, inclusive,<br><br>Defendant. | Case No. 10-cv-00720-RLH-GWF<br><br>**ORDER GRANTING APPLICATION FOR ALLOWANCE OF FEES AND COSTS OF RECEIVER AND RECEIVER'S COUNSEL FOR THE PERIOD JANUARY 17, 2011 THROUGH MARCH 16, 2011** |

This matter coming before the Court on the Application for Allowance of Fees and Costs of Receiver and Receiver's Counsel for the Period January 17, 2011 through March 16, 2011 ("Application") filed on March 28, 2011 [Dkt. No. 100] by Michael L. Forche, Receiver. No party in interest timely filed an opposition in accordance with LR 7-2(b). Accordingly, the Court may deem the failure to file opposing points and authorities consent to the granting of the motion. LR 7-2(d).

The Application was filed in accordance with the procedure outlined in the Amended Appointment Order. The fees and costs requested by both the Receiver and his counsel appear to be reasonable and appropriate under the circumstances of this action.

Good cause appearing,

**IT IS ORDERED** that the Application is approved in its entirety; and

10029-01/536969

1      **IT IS FURTHER ORDERED** that as soon as practicable, the Receiver shall make payment
2  to himself in the amount of $11,800 for fees and $0.00 for costs for a total payment to Receiver of
3  $11,800; and
4      **IT IS FURTHER ORDERED** that as soon as practicable, the Receiver shall make payment
5  to his counsel in the amount of $2,747.50 for fees and $25.36 for costs for a total payment to
6  Receiver's counsel in the amount of $2,772.86.
7      **IT IS SO ORDERED.**
8      DATED: __March 30, 2011__.

_____
United States District Judge

13 Submitted by:
14 **ANTHONY A. ZMAILA LIMITED PLLC**

_____
Anthony A. Zmaila (NV Bar No. 2319)
Peter J. Goatz (NV Bar No. 11577)
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119

*Attorneys for Michael L. Forche, Receiver*

10029-01/536969